### 13336.  BAZEMORE *v.* THE STATE.

LUKE, J. The only question argued in the brief of counsel for the plaintiff in error is that raised by the exceptions pendente lite; and, there being in the main bill of exceptions no assignment of error upon either the exceptions pendente lite or the judgment complained of therein, this court cannot consider the exceptions pendente lite.

> *Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED APRIL 13, 1922.

Indictment for assault with intent to murder; from Screven superior court — Judge Strange. January 14, 1922.

*Boykin & Hollingsworth,* for plaintiff in error.

*A. S. Anderson, solicitor-general,* contra.